**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Christopher J. Blue<br>&<br>Darcie L. Blue, fka Darcie L Check<br><br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 12-22777 GLT |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

               Respectfully submitted,

               **/s/ James C. Warmbrodt, Esquire**
               James C. Warmbrodt, Esquire
               jwarmbrodt@kmllawgroup.com
               Attorney I.D. No. 42524
               KML Law Group, P.C.
               701 Market Street, Suite 5000
               Philadelphia, PA 19106
               Phone: (215)-627-1322

               Attorney for Movant/Applicant