Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Christopher J Blue** | : | Case No. 12−22777−GLT |
| **Darcie L Blue** | : | Chapter: 13 |
| **fka Darcie L Check** | : | |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | Related to Document No. 84 |
| | : | |
| v. | : | Hearing Date: 12/20/17 at 11:00 AM |
| **No Respondents** | : | |
| *Respondent(s).* | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

  *AND NOW,* this **26th day of October, 2017**, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 84 by the Chapter 13 Trustee,

  It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

  (1)  **On or before December 11, 2017**, any **Response**, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

  (2)  This Motion is scheduled for hearing on *December 20, 2017 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

  (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

  (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-22777-GLT
Christopher J Blue                                                        Chapter 13
Darcie L Blue
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: dbas              Page 1 of 2          Date Rcvd: Oct 26, 2017
                             Form ID: 604            Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2017.
db/jdb      +Christopher J Blue,    Darcie L Blue,    2127 Ridge Rd.,    McKeesport, PA 15135-3034
13388355    +AES,   PO Box 2461,    Harrisburg, PA 17105-2461
13493053    +AES/PHEAA,    P.O. Box 8183,    Harrisburg, PA 17105-8183
13520983    +Aes/Pheaa,    Po Box 8147,    Harrisburg, Pa 17105-8147
13388357   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    PO Box 15019,    Wilmington, DE  19886-5019)
13388356     Bank Of America,    PO Box 15222,    Wilmington, DE  19886-5222
13388358    +Best Buy/HSBC,    PO Box 5253,    Carol Stream, IL 60197-5253
13388359     Bill Me Later,    PO Box 105658,    Atlanta, GA  30348-5658
13388360    +CCSMC Spectrum/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
13528111     Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13388361    +Century Heritage FCU,    c/o James A. Steiner Esq.,    650 Smithfield St-Ste 1700,
              Pittsburgh PA 15222-3913
13388362    +Chase,   Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
13388363    +Chase - Toys R Us,    PO Box 15153,    Wilmington, DE 19886-5153
13388364    +Citicards,    PO Box 6500,    Sioux Falls, SD 57117-6500
13474960    +Citizens Auto Finance,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
13388365    +Citizens Auto Finance,    PO Box 42113,    Providence, RI 02940-2113
13559355     ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
13468253     FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/PDF: rmscedi@recoverycorp.com Oct 27 2017 02:06:17
              Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
              Miami, FL  33131-1605
13472509     E-mail/Text: mrdiscen@discover.com Oct 27 2017 01:52:10      Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13388354    +E-mail/Text: mrdiscen@discover.com Oct 27 2017 01:52:10      Discover Financial Services, LLC,
              P.O. Box 6103,    Carol Stream, IL 60197-6103
13388366    +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2017 02:07:21      GE Capital,    PO Box 960004,
              Orlando, FL 32896-0004
13388367     E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2017 02:06:07      GECRB/Lowes,    PO Box 965005,
              Orlando, FL  32896-5005
13388368    +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2017 02:06:07      GECRB/Sams,    PO Box 530942,
              Atlanta, GA 30353-0942
13388369    +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 27 2017 01:52:21      Kohls Department Store,
              PO Box 30510,    Los Angeles, CA 90030-0510
13472870    +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 27 2017 02:06:33
              PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
13398021     E-mail/PDF: rmscedi@recoverycorp.com Oct 27 2017 02:06:52
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Bank of America, N.A.
cr*         +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
cr*          ECMC,   P.O. Box 16408,    St. Paul, MN  55116-0408
13499734    ##+Bank of America, N.A.,    Mail Stop CA6-919-01-23,    400 National Way,
              Simi Valley, CA 93065-6414
                                                                                   TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: dbas              Page 2 of 2              Date Rcvd: Oct 26, 2017
                              Form ID: 604            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2017 at the address(es) listed below:
          D. Scott Lautner    on behalf of Debtor Christopher J Blue scott@lautnerlaw.com,
           stragandj@gmail.com;jessica@lautnerlaw.com
          D. Scott Lautner    on behalf of Joint Debtor Darcie L Blue scott@lautnerlaw.com,
           stragandj@gmail.com;jessica@lautnerlaw.com
          Gregory   Javardian     on behalf of Creditor    Bank of America, N.A. greg@javardianlaw.com,
           mary@javardianlaw.com;tami@javardianlaw.com
          Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
           Office of the United States Trustee Heather.Sprague@usdoj.gov,
           Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;
           Andrew.F.Cetnarowski@usdoj.gov
          Jill   Manuel-Coughlin    on behalf of Creditor    Bank of America, N.A. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```