IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Christopher J. Blue : | |
| Darcie L. Blue : | Case No. 12-22777-GLT |
| fka Darcie L. Check : | Chapter 13 |
| Debtors(s) : | |
| : | |
| Christopher J. Blue : | |
| Darcie L. Blue : | |
| fka Darcie L. Check : | |
| : | |
| Movants : | |
| : | |
| v. : | |
| : | |
| Respondents : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

AND NOW come the Debtors, Christopher J. Blue and Darcie L. Blue, fka Darcie L. Check, by and through their counsel, D. Scott Lautner, Esq., and certifies under penalty of perjury that the following statements are correct:

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. As of the date of this certification, the following is true:

    Debtors HAVE NOT been required by judicial or administrative order, or by statute, to pay any domestic support obligation.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.  The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. Debtors have completed the Personal Financial Management Instructional Course from an agency approved by the United States Trustee and have filed the certificates with the Court on December 11, 2012, at Docket number's 50 & 51 in accordance with F.R.B.P. 1007(c) provided by the following entity: DebtorWise Foundation.

    I, D. Scott Lautner, certify that all of the statements contained herein are true and accurate and that the Court may rely on the truth of these statements in determining whether to grant the debtors a discharge in the pending Chapter 13 case. The Court may revoke the discharge if the statements relied upon are not accurate.

Dated:  October 31, 2017                        /s/*D. Scott Lautner*
                                                  Attorney for Debtor

                                                  D. Scott Lautner, Esquire
                                                  PA. I.D. #80134

                                                  Law Offices of D. Scott Lautner, P.C.
                                                  68 Old Clairton Road
                                                  Pittsburgh, PA 15236
                                                  412-650-2611