IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Christopher J. Blue | : | |
| Darcie L. Blue | : | Case No. 12-22777-GLT |
| fka Darcie L. Check | : | Chapter 13 |
| Debtors(s) | : | |
| | : | |
| Christopher J. Blue | : | |
| Darcie L. Blue | : | Doc. No: |
| fka Darcie L. Check | : | |
| 2127 Ridge Road | : | |
| McKeesport, PA 15135 | : | |
| Movant(s) | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

   Creditor Name:   Best Buy/HSBC

   Incorrect Address:  PO Box 5253
                   Carol Stream, IL 60197-5253

Corrected Address:

   Creditor Name:   HSBC Bank

   Correct Address:  Atrium 6N
                   PO Box 9
                   Buffalo, NY 14240


Dated:  November 9, 2017              /s/*D. Scott Lautner*
                                      Attorney for Debtor

                                      D. Scott Lautner, Esquire
                                      PA. I.D. #80134
                                      Law Offices of D. Scott Lautner, P.C.
                                      68 Old Clairton Road
                                      Pittsburgh, PA 15236
                                      412-650-2611