FILED
12/12/17 12:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   CHRISTOPHER J BLUE
   DARCIE L BLUE
      Debtor(s)

   Ronda J. Winnecour
      Movant
         vs.
   No Repondents.

Case No.:12-22777

Chapter 13

Related to Docket No. 84

## ORDER OF COURT

AND NOW, this _12th Day of December, 2017_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE
dtb

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 12-22777-GLT
Christopher J Blue                                              Chapter 13
Darcie L Blue
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: mgut              Page 1 of 2              Date Rcvd: Dec 12, 2017
                              Form ID: pdf900         Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2017.
```
db/jdb         +Christopher J Blue,    Darcie L Blue,    2127 Ridge Rd.,    McKeesport, PA 15135-3034
13388355       +AES,    PO Box 2461,    Harrisburg, PA 17105-2461
13493053       +AES/PHEAA,    P.O. Box 8183,    Harrisburg, PA 17105-8183
13520983       +Aes/Pheaa,    Po Box 8147,    Harrisburg, Pa 17105-8147
13388357      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    PO Box 15019,    Wilmington, DE  19886-5019)
13388356        Bank Of America,    PO Box 15222,    Wilmington, DE  19886-5222
13388359        Bill Me Later,    PO Box 105658,    Atlanta, GA  30348-5658
13388360       +CCSMC Spectrum/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
13528111        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13388361       +Century Heritage FCU,    c/o James A. Steiner Esq.,    650 Smithfield St-Ste 1700,
                 Pittsburgh PA 15222-3913
13388362       +Chase,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
13388363       +Chase - Toys R Us,    PO Box 15153,    Wilmington, DE 19886-5153
13388364       +Citicards,    PO Box 6500,    Sioux Falls, SD 57117-6500
13474960       +Citizens Auto Finance,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
13388365       +Citizens Auto Finance,    PO Box 42113,    Providence, RI 02940-2113
13559355        ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13468253        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
13388358       +HSBC Bank,    Atrium 6N,    PO Box 9,    Buffalo, NY 14240-0009
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com Dec 13 2017 01:19:38
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13472509        E-mail/Text: mrdiscen@discover.com Dec 13 2017 01:17:49      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13388354       +E-mail/Text: mrdiscen@discover.com Dec 13 2017 01:17:49      Discover Financial Services, LLC,
                 P.O. Box 6103,    Carol Stream, IL 60197-6103
13388366       +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2017 01:19:37      GE Capital,    PO Box 960004,
                 Orlando, FL 32896-0004
13388367       +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2017 01:20:06      GECRB/Lowes,    PO Box 965005,
                 Orlando, FL  32896-5005
13388368       +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2017 01:19:37      GECRB/Sams,    PO Box 530942,
                 Atlanta, GA 30353-0942
13388369       +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 13 2017 01:17:52      Kohls Department Store,
                 PO Box 30510,    Los Angeles, CA 90030-0510
13472870       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 13 2017 01:19:54
                 PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
13398021        E-mail/PDF: rmscedi@recoverycorp.com Dec 13 2017 01:20:07
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Bank of America, N.A.
cr*            +AES/PHEAA,   PO BOX 8147,    HARRISBURG, PA 17105-8147
cr*             ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
13499734       ##+Bank of America, N.A.,    Mail Stop CA6-919-01-23,    400 National Way,
                  Simi Valley, CA 93065-6414
                                                                                   TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: mgut                Page 2 of 2          Date Rcvd: Dec 12, 2017
                              Form ID: pdf900           Total Noticed: 27
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2017 at the address(es) listed below:
              D. Scott Lautner    on behalf of Joint Debtor Darcie L Blue scott@lautnerlaw.com,
               stragandj@gmail.com;jessica@lautnerlaw.com
              D. Scott Lautner    on behalf of Debtor Christopher J Blue scott@lautnerlaw.com,
               stragandj@gmail.com;jessica@lautnerlaw.com
              Gregory Javardian    on behalf of Creditor   Bank of America, N.A. greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              Heather A. Sprague   on Behalf of the United States Trustee by   on behalf of U.S. Trustee
                Office of the United States Trustee Heather.Sprague@usdoj.gov
              James Warmbrodt    on behalf of Creditor   Bank of America, N.A. bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin    on behalf of Creditor   Bank of America, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 9
```